IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BLUMEN, LLC, *dba Bitterroot Flower Shop*,<br><br>Plaintiff,<br><br>vs.<br><br>DAWN NEWKIRK, *dba The Bitterroot Flower and Gift Co.*, and DOES 1–5,<br><br>Defendants. | CV 24–16–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Stipulation and Joint Motion to Dismiss with Prejudice. (Doc. 13.) The parties move the Court to dismiss this matter with prejudice, with each party to bear their own attorney's fees and costs. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the motion (Doc. 13) is GRANTED and the above-captioned matter is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

DATED this 22nd day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

- 1 -